**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Leonel SOTO, a.k.a. Ramadan,
a.k.a. Carols Ramirez Soto,
Defendant–Appellant.**

**No. 11–10258
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 24, 2011.

Ramona C. Albin, Enid Dean Athanas, Joyce White Vance, U.S. Attorney's Office, Birmingham, AL, for Plaintiff–Appellee.

Michael P. Hanle, Attorney at Law, Birmingham, AL, for Defendant–Appellant.

Before HULL, PRYOR and BLACK, Circuit Judges.

PER CURIAM:

Michael P. Hanle, appointed counsel for Leonel Soto in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issue of merit, counsel's motion to withdraw is **GRANTED,** and Soto's convictions and sentences are **AFFIRMED.**